UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 12967
   ANTHONY F TOMEI

                                        CHAPTER 13

                                        JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-0331

--------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/06/05 and confirmed on 05/27/05.

   2.  The case was dismissed after confirmation, 05/16/2008.

   3.  The Debtor paid a total of $  17513.21 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NUVELL CREDIT COMPANY LL | SECURED | 6250.00 | 560.58 | 6250.00 |
| CITIBANK NA | SECURED | 500.00 | 33.02 | 500.00 |
| AMERICAN STUDENT ASSISTA | UNSECURED | NOT FILED | .00 | .00 |
| AMO RECOVERIES | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLES MANAGEMENT I | UNSECURED | 645.00 | .00 | 383.63 |
| CLERK OF CIRCUIT COURT | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 3243.25 | .00 | 1928.98 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| KEVIN L STRING | UNSECURED | NOT FILED | .00 | .00 |
| ILL STATE TOLL HIWAY AUT | UNSECURED | NOT FILED | .00 | .00 |
| KENNETH PICKET MD | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4322.36 | .00 | 2570.81 |
| NORTHLAND GROUP | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COMMUNITY HOSP | UNSECURED | NOT FILED | .00 | .00 |
| PLAYBOY | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 322.84 | .00 | 191.90 |
| CELLULAR ONE | UNSECURED | NOT FILED | .00 | .00 |
| NUVELL CREDIT COMPANY LL | UNSECURED | 2401.13 | .00 | 1428.12 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US CELLULAR | UNSECURED | 473.73 | .00 | 281.59 |

           Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 6750.00 | .00 | 11408.31 | .00 | 18158.31 |
| PRINCIPAL PAID | 6750.00 | .00 | 6785.03 | .00 | 13535.03 |

```
INTEREST PAID              593.60          .00              .00              593.60
TOTAL PAID                7343.60          .00         6785.03              .00         14128.63
```

The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $     684.58 .

Refunds to the Debtor totaled $          .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 08/19/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 05 B 12967 ANTHONY F TOMEI